## FIRST DEPARTMENT, OCTOBER, 1927.

GEORGE H. NEWHALL and EDWARD J. LITTLEFIELD, as Receivers of KINGSTON TRUST COMPANY, Appellants, v. LONGACRE BANK, Respondent.

Appeal from a judgment of the Supreme Court in favor of the defendant, entered in the New York county clerk's office November 22, 1926, upon a verdict in favor of the defendant directed by the court, a jury having been waived by stipulation, and also from an order entered December 6, 1926, denying plaintiffs' motion for a new trial made upon the minutes.

PER CURIAM. On this record plaintiffs could not have the judgment they seek against defendant bank, in the absence of its depositor as a party. The denial of the motion to bring in the depositor was the result of plaintiffs' insistence that the depositor be kept out of the action; and it does not imply that plaintiffs

can take the funds without any adjudication against the depositor. The judgment should be affirmed, with costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. Judgment and order affirmed, with costs.